AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

FILED by _____ D.C.
JUL 24 2012
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

United States of America )
v. )
JOSE RENE GARCIA-SANCHEZ, ) Case No. 12-8292-DLB
a/k/a "Jose Sanchez" )
)
)
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 20, 2012___ in the county of ___Palm Beach___ in the ___Southern___ District of ___Florida___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC Section 1326(a) | Illegal Reentry after Deportation. |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Andy Korzen, Deportation Officer, ~~HSI~~ ICE
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7-24-12

_____
*Judge's signature*

City and state: West Palm Beach, FL       U.S. Magistrate Judge Dave Lee Brannon
*Printed name and title*

### UNITED STATES v. JOSE RENE GARCIA-SANCHEZ
### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Deportation Officer of the United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) and have been so employed for over nine years. I am currently assigned to the Enforcement and Removal Operations, Criminal Alien Program, Stuart, Florida. As a Deportation Officer with ICE, my duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation but only those facts necessary to establish probable cause to believe that **Jose Rene GARCIA-SANCHEZ**, a/k/a "Jose Sanchez," committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about July 20, 2012, an individual identifying himself as Jose SANCHEZ-GARCIA was arrested in Palm Beach County, Florida on charge of driving under influence and operating motor vehicle without valid license. He was booked and detained at the Palm Beach County Jail. Upon booking, his fingerprints were entered into the IAFIS system with a positive match for an individual previously removed from United States on two separate occasions.

4. On or about July 23, 2012, at the Palm Beach County Jail, Immigration Enforcement Agent Haylean Bailey took a sworn statement from the individual identifying himself as Jose SANCHEZ-GARCIA. Post-*Miranda,* the individual claimed

1

that his true and correct name is Jose Sanchez. He further admitted to being a citizen of Mexico, to having been deported from the United States, and to having entered the United States about one month after being deported. **Jose Rene GARCIA-SANCHEZ** also admitted that he did not seek permission from the U.S. government to re-enter the United States.

5. On or about July 20, 2012, your affiant received documents from the immigration file bearing control number A088 741 436 corresponding to **Jose Rene GARCIA-SANCHEZ.** Original records within this alien file assigned to **Jose Rene GARCIA-SANCHEZ** show that he is a native and citizen of Mexico. Records further show that on or about August 6, 2008, **Jose Rene GARCIA-SANCHEZ** was ordered removed from the United States. Orders of Removal were executed on or about August 7, 2008, and February 5, 2009, whereby **Jose Rene GARCIA-SANCHEZ** was removed from the United States to Mexico each time.

6. Border Patrol Fingerprint Expert Richard Abbott conducted fingerprint comparison in this case. The fingerprint comparison confirmed that the individual encountered on July 20, 2012, that is, **Jose Rene GARCIA-SANCHEZ,** was the same person previously removed from the United States on or about February 5, 2009.

7. Your affiant performed a record check in the Computer Linked Application Informational Management System (CLAIMS) to determine if **Jose Rene GARCIA-SANCHEZ,** filed an application for permission to reapply for admission into the United States after deportation or removal. After a diligent search was performed in that database system, no record was found to exist indicating that **Jose Rene GARCIA-SANCHEZ** obtained consent from the Attorney General of the United States or from the

2

Secretary of Homeland Security, for re-admission into the United States as required by law. Certificate of Non-Existence of Record has been requested from Bureau of Citizenship and Immigration Services.

9. Based on the foregoing, your affiant avers that there exists probable cause to believe that, on or about July 20, 2012, **Jose Rene GARCIA-SANCHEZ,** a/k/a "Jose Sanchez," an alien who has previously been deported and removed from the United States, was found in the United States without having received the express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Deportation Officer
Immigration and Customs Enforcement

Subscribed and sworn to before me
this 24th day of July, 2012.

_____
DAVE LEE BRANNON
UNITED STATES MAGISTRATE JUDGE

3

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 12-8292-DLB

### BOND RECOMMENDATION

DEFENDANT: JOSE RENE GARCIA-SANCHEZ, a/k/a "Jose Sanchez"

Pre-Trial Detention
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: BRANDY BRENTARI GALLER

Last Known Address: Palm Beach County Jail

Booking #2012030335

What Facility:

Agent(s): Deportation Ofc. Andy Korzen
(FBI)  (SECRET SERVICE)  (DEA)  (IRS)  (ICE)  (**OTHER**)
ICE, DHS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No.  12-8292-DLB

UNITED STATES OF AMERICA

vs.

JOSE RENE GARCIA-SANCHEZ,
a/k/a "Jose Sanchez,"

Defendant.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003?  _____ Yes  _X_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007?  _____ Yes  _X_ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY:  _____
BRANDY BRENTARI GALLER
ASSISTANT UNITED STATES ATTORNEY
Brandy.Galler@usdoj.gov
Admin. No. A5501296
500 S. Australian Avenue, Suite 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 820-8777